UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM MBUGUA,<br><br>Defendant. | CASE NO.  MJ23-013<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code,<br>Section 922(g)(1) |

BEFORE, the Honorable Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about January 11, 2023, in King County, within the Western District of Washington, ABRAHAM MBUGUA, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year: *Unlawful Possession of a Firearm*, in King County Superior Court, under case number 18-1-02685-3, on or about September 21, 2018, did knowingly possess, in and affecting interstate and foreign commerce, two firearms, that is: a Glock 19 9mm semiautomatic pistol with a loaded magazine and with a round in the chamber, and a Smith and Wesson M&P Shield 9mm semiautomatic pistol with a loaded magazine and a round in the chamber, both of which had been shipped and transported in interstate and foreign commerce.

Complaint - 1
*United States v. Mbugua*
USAO No. 2022R01377

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, Abigail J. Sawyer, being first duly sworn on oath, depose and say:

**Affiant Background**

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been a Special Agent with Homeland Security Investigations ("HSI") within the United States Department of Homeland Security ("DHS") since June 2019. As a Special Agent, I investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801, et seq., and other violations of federal law. I was trained to conduct investigations relating to violations of federal law, including the manufacturing and trafficking of controlled substances and money laundering, through the Criminal Investigator Training Program and the HSI Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with HSI, I was a Criminal Investigator with the New York County District Attorney's Office (DANY) for two years where I conducted long-term investigations involving fraud, organized crime, and narcotics. I am a graduate of the Nassau County Police Academy and became a certified Police Officer in New York State for my position with DANY.

2. As a federal law enforcement officer and through my employment as a law enforcement officer at the state level, I have received formal training, as well as extensive on the job training, in the investigation of narcotics trafficking. I have conducted and participated in investigations involving controlled substances, money laundering, and other criminal activity, including those leading to arrest and prosecution. As a result of these investigations, I have become familiar with methods and techniques used by narcotics manufacturers and distributors, persons in possession of narcotics for purposes

Complaint - 2
*United States v. Mbugua*
USAO No. 2022R01377

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of sales and transportation, and persons conspiring to transport and sell narcotics. Additionally, I have worked and consulted with numerous agents and law enforcement officers who have investigated drug trafficking and firearms offenses.

3. This affidavit is made based upon my personal knowledge, training, experience, and investigation, as well as upon information provided to me, and my review of reports prepared by other law enforcement personnel. This Affidavit does not contain every fact known to me or learned through the course of this investigation. Instead, I have set forth only the facts that I believe are essential to establish a fair determination of probable cause.

### Summary of Probable Cause

### A. Search Warrant Executed at 325 Westlake Avenue N., Seattle, WA

4. On January 9, 2023, United States Magistrate Judge Brian A. Tsuchida granted a warrant to search 325 Westlake Avenue North, Unit 305, Seattle, WA (the SUBJECT PREMISES) for evidence of violations of 21 U.S.C. §§ 841 and 846 (distribution, possession with intent to distribute, and conspiracy to distribute and to possess with intent to distribute controlled substances) as well as the related offenses under 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime) and §§ 1956 and 1957 (money laundering).

5. On January 11, 2023 at approximately 6:00 AM, personnel with the HSI Seattle office and the Seattle Police Department (SPD) executed the search warrant at the SUBJECT PREMISES. During the execution of the search warrant, officers located Abraham MBUGUA inside of unit 305. MBUGUA was the sole occupant of the residence. Investigators located and seized items to including the following from the SUBJECT PREMISES:

- a Glock 19 9mm semiautomatic pistol with a loaded magazine and with a round in the chamber bearing serial number BLAW177
- a Smith and Wesson M&P Shield 9mm semiautomatic pistol with a loaded magazine and a round in the chamber bearing serial number HRW6461

Complaint - 3
*United States v. Mbugua*
USAO No. 2022R01377

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Yellow and green counterfeit Xanax pills weighing approximately 42.7 grams, contained in plastic baggies.
- Two digital scales
- Bulk US currency banded together

Both pistols, the pills, and cash were found in and around a couch in the residence. The scales were found in the kitchen along with some ziplock baggies. I know, based on my training and experience, that scales and baggies are commonly used to distribute drugs.

6. HSI agents read MBUGUA his *Miranda* rights. MBUGUA waived his *Miranda* rights in writing and spoke to HSI agents. MBUGUA denied living at the residence but stated he had been at the SUBJECT PREMISES last night. MBUGUA specifically stated that his name was not on the lease. I have reviewed surveillance footage from the SUBJECT PREMSISES that indicates MBUGUA regularly stays at the SUBJECT PREMISES and is often the only occupant who accesses the unit. Further, I have determined that the name on the lease is a fictitious name.

7. MBUGUA said he had an addiction to Xanax pills and acknowledged that agents found Xanax pills at the PREMISES. When agents pressed MBUGUA further, MBUGUA invoked his right to an attorney, and ceased questioning.

**B. ABRAHAM MBUGUA's Felony Criminal History.**

8. I have reviewed MBUGUA's criminal history and observed he has what appear to be several felony convictions punishable by imprisonment for a term exceeding one year, all in the State of Washington. These include a Robbery in the Second Degree in 2015, an Assault in the Second Degree from 2016, Identity Theft in the Second Degree also from 2016, and lastly Unlawful Possession of a Firearm in the First Degree from 2018.

9. I was able to obtain the actual Judgment and Sentence entered on this last conviction, under King County Superior Court number 18-1-02685-3SEA. It reflects that MBUGUA plead guilty to that offense on or about August 9, 2018, and that he was

Complaint - 4
*United States v. Mbugua*
USAO No. 2022R01377

sentenced to a custodial sentence of 41 months on or about September 21, 2018 by the Honorable Michael R. Scott. The judgment paperwork includes a form informing MBUGUA that he was ineligible to possess a firearm that appears to have been signed by both MBUGUA and the judge.

**C. Interstate Nexus of the Seized Firearms.**

The Glock handgun and the Smith and Wesson handgun seized from the SUBJECT PREMISES have been reviewed by a certified Interstate Firearms and Ammunition Nexus Expert at the Bureau of Alcohol, Tobacco, Explosives, and Firearms ("ATF"), who is trained in the recognition of firearms and ammunition and their origin of manufacture. The ATF expert determined that both firearms were not manufactured in the State of Washington and that both meet the definition of a "firearm" under Title 18, United States Code, Section 921(a)(3).

**D. Conclusion**

Based on the above facts, I respectfully submit that there is probable cause to believe that ABRAHAM MBUGUA committed the above-listed offenses.

I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Abigáil J. Sawyer, Complainant
Special Agent
Homeland Security Investigations
Department of Homeland Security

The above-named law enforcement officer provided a sworn statement to the truth of the foregoing Complaint and Affidavit by teleconference. Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 11th day of January 2023.

_____
The Hon. Brian A. Tsuchida
United States Magistrate Judge

Complaint - 6
*United States v. Mbugua*
USAO No. 2022R01377